1  Gerald D. Lane Jr., CA # 352470
2  E-mail: gerald@jibraellaw.com
   The Law Offices of Jibrael S. Hindi
3  1515 NE 26th Street
   Wilton Manors, FL 33305
4  Phone: (754) 444-7539

5  *Counsel for Plaintiff*

6

7  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
8

9  **CARLOS LABRA,**                        **Case No.: 8:25-cv-00456-JWH-KES**
   *individually and on behalf of all those*
10 *similarly situated,*

11                                          **Hon. John W. Holcomb**
              Plaintiff,
12
       vs.
13                                          **NOTICE OF VOLUNTARY DISMISSAL**
   **THE ELLIOTT GROUP SALES**
14 **TRAINING LLC.,**                       **WITH PREJUDICE**

15            Defendant.

16

17        Plaintiff Carlos Labra, individually, by and through undersigned counsel, pursuant to Rule

18
   41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary
19
   Dismissal *with* Prejudice of the above-styled action. Defendant has not filed an answer or a motion
20
21 for summary judgment in this proceeding.

22

23

24

25

26

27

28

Dated: July 11, 2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470